# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | 8:20CR249 |
| | ) | |
| vs. | ) | |
| | ) | |
| BALTAZAR PALMA-AMBRIZ, | ) | ORDER |
| | ) | |
| Defendant. | ) | |

This matter is before the court on the Unopposed Motion to Continue Trial [59]. The court had a telephone conference with the attorneys on May 3, 2022. The parties and counsel need additional time to complete plea negotiations. The court finds good cause has been shown to grant one last continuance.

**IT IS ORDERED** that the Unopposed Motion to Continue Trial [59] is granted, as follows:

1. The jury trial now set for May 16, 2022, is continued to **August 15, 2022.**

2. In accordance with 18 U.S.C. § 3161(h)(7)(A), the court finds that the ends of justice will be served by granting this continuance and outweigh the interests of the public and the defendant in a speedy trial. Any additional time arising as a result of the granting of this motion, that is, the time between **today's date and August 15, 2022**, shall be deemed excludable time in any computation of time under the requirement of the Speedy Trial Act. Failure to grant a continuance would deny counsel the reasonable time necessary for effective preparation, taking into account the exercise of due diligence. 18 U.S.C. § 3161(h)(7)(A) & (B)(iv).

3. **No further continuances will be granted.**

DATED: May 3, 2022.

BY THE COURT:

s/ Susan M. Bazis
**United States Magistrate Judge**